# 750 Cases Reported with Brief Syllabi.

and determine damages. We deem a reference unnecessary. Young, Rich, Kapper, Hagarty and Seeger, JJ., concur.

August C. Nitsch, Appellant, v. Warburton Hall Association, Respondent. — Judgment unanimously affirmed, with costs, upon opinion of Mr. Justice Lynch at Trial Term. [Reported in 129 Misc. 273.] Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

Ambrosia Malt Products Co., Inc., Respondent, v. Herman Greenfield and James M. Baumohl, Partners, etc., Appellants.— Order modified by striking out so much thereof as restrains defendants from marketing their products under the " ryko," in script label, and as so modified affirmed, without costs. The appeal from the order denying motion to resettle is dismissed, without costs. Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ., concur.

William Atwell, an Infant, etc., by John N. Atwell, His Guardian ad Litem, Appellant, v. Harry H. Greenberg, Respondent.— Order reversed upon the law and the facts, with costs, verdict* reinstated and judgment directed for plaintiff, with costs. Because of the great number of children coasting down the hill on Seventy-fifth street, and across Colonial road, defendant testified that it was impossible to cross without injuring some of them. He testified that he did not attempt to cross, but stopped his car on Colonial road, south of Seventy-fifth street, and that it was there that the accident occurred. There is an abundance of evidence justifying the finding of the jury that the defendant attempted to cross, under the circumstances, and that the accident occurred in the middle of Seventy-fifth street. The questions of negligence and freedom from contributory negligence upon the part of plaintiff were fairly presented to the jury by the charge of the learned trial court, and we are of opinion that the verdict should not have been set aside and the complaint dismissed. Young, Lazansky, Hagarty, Seeger and Carswell, JJ., concur.

Stephano Bandini, Respondent, v. Ralph Grace, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Young, Rich, Kapper, Lazansky and Hagarty, JJ.

Anna Baumwald, Respondent, v. August Edward Hoffmann, Appellant. (Appeal No. 1.) — Order denying motion to vacate service by publication affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper and Seeger, JJ., concur; Carswell, J., takes no part.

Anna Baumwald, Respondent, v. August Edward Hoffmann, Appellant. (Appeal No. 2.) — Order denying motion to vacate warrants of attachment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ., concur.

Andrew D. Bradford, Appellant, v. Chicago Fire and Marine Insurance Company, Respondent.— Judgment dismissing complaint reversed upon the law and the facts and new trial granted, costs to appellant to abide the event. Aside from the testimony of Wickham, defendant's general agent, that he had assigned the claim of plaintiff's assignor to Almy for all purposes, the effect of which testimony was modified by Wickham's answer, given to a question asked by plaintiff's counsel, that by such statement he meant that the claim was not assigned to Almy for all purposes but that Almy was to gather information and hold the matter in abeyance, the proof, by concession and otherwise, shows that

---

* Verdict was for $5,000 in an action to recover for personal injuries.— [Rep.